CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 21 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| BARBARA T. DONALD,<br>　　　　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>BWX TECHNOLOGIES, INC.,<br>　　　　　　　　　　　　*Defendant.* | CIVIL NO. 6:09CV00028<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the Motion to Dismiss (docket no. 5) filed by Defendant Babcock & Wilcox Nuclear Operations Group, Inc. ("B&W"). For the reasons set forth in the accompanying Memorandum Opinion:

1. B&W's Motion to Dismiss Count I is **GRANTED**. Count I is **DISMISSED WITHOUT PREJUDICE** to Donald's ability to amend her Complaint within **twenty (20) days** of the date of entry of this Order.

2. B&W's Motion to Dismiss Count III is **GRANTED**, with prejudice. Count III is accordingly **DISMISSED**.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 21st day of July, 2009.

　　　　　　　　　　　　　　　　/s/ Norman K. Moon
　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE